# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| T. HARTMANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00234-CV-W-GAF |
| ) | |
| ASTELLAS PHARMA US, INC., et al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand (Doc. #13) is GRANTED, and attorneys' fees and costs to prosecute this Motion to Remand are awarded to Plaintiff.

Dated: <u>June 19, 2017</u>      PAIGE WYMORE-WYNN
                Clerk of Court

Entered: <u>June 19, 2017</u>     <u>/s/ T. Moore    </u>
                (By) Deputy Clerk