# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| T. HARTMANN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-00234-GAF |
| ) | |
| ASTELLAS PHARMA US, INC., et al., ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

Pursuant to this Court's remand order, Fed. R. Civ. P. 54(d)(2), and 28 U.S.C. § 1447(c), Plaintiff respectfully moves this Court to enter a judgment for attorney's fees on prosecuting his motion to remand this action to state court. (*See* Order, Doc. 27.) The amount requested is $3,887. Suggestions in support accompany this motion.

Dated: July 3, 2017

Respectfully submitted,

KEENAN & BHATIA, LLC

_____/s/ E.E. Keenan_____
Edward (E.E.) Keenan, Mo. Bar No. 62993
524 Walnut St. Ste. 300
Kansas City, MO 64106
Tel: (816) 809-2100
Fax: (816) 817-1386
ee@kclaborlaw.com

ATTORNEYS FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

      I certify that on the date the foregoing was filed with the Court, I transmitted a true and correct copy to all parties of record through their counsel of record, by filing it through the Court's CM/ECF system.

                                      _____/s/ E.E. Keenan_____
                                      An Attorney for Plaintiff

2

Case 4:17-cv-00234-GAF   Document 29   Filed 07/03/17   Page 2 of 2